# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 22-6956 PA (JCx) | Date | November 10, 2022 |
|---|---|---|---|
| Title | Gagik Nazaryan v. BMW of North America, LLC, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**       IN CHAMBERS ORDER

In the parties' joint Fed. R. Civ. P. 26(f) report, defendant BMW of North America, LLC ("Defendant") states:  "Defendant [] contends that this whole matter should be arbitrated pursuant to the arbitration provision in the Lease Agreement for the Subject Vehicle."  (Docket No. 14 at p. 2.)  Additionally, the Lease Agreement    provided to the Court through the Declaration of Abtin Amir    contains an "Arbitration Clause."  (Docket No. 5-1.)

Recently, the Ninth Circuit affirmed this Court's grant of BMW of North America, LLC's Motion Compel Arbitration in the matter of Hajibekyan v. BMW of N. Am., LLC, No. CV 20-3924 PA (PLAX), 2020 WL 5014698 (C.D. Cal. June 3, 2020), aff'd, 839 F. App'x 187 (9th Cir. 2021).  See Hajibekyan v. BMW of N. Am., LLC, 839 F. App'x 187 (9th Cir. 2021).  The Defendant in this matter was also the defendant in Hajibekyan and also involved a similar, if not identical, Lease Agreement as that at issue in this matter.

Accordingly, the Court, on its own motion, orders the parties show cause in writing on or before **November 28, 2022**, why the Ninth Circuit's decision in Hajibekyan should not apply here as well.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument.  This Order to Show Cause will stand submitted upon the filing of the parties' responses.

IT IS SO ORDERED.